**Gregory Leon HAMMER,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–
Appellee.**

No. 02–6950.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Nov. 6, 2002.

Gregory Leon Hammer, Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gregory Leon Hammer seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Hammer has not made a substantial showing of the denial of a constitutional right. *See Hammer v. Angelone,* No. CA–01–374–7 (W.D.Va. Apr. 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*